IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES, § | |
| § | |
| Plaintiff/Respondent, § | |
| v. § | Cr. No. C-06-6 (1) |
| § | C.A. No. C-06-550 |
| § | |
| OSCAR PORTILLO-CERVANTES, § | |
| § | |
| Defendant/Movant. § | |

## FINAL JUDGMENT

The Court enters final judgment dismissing without prejudice defendant Oscar Portillo-Cervantes' motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

It is so ORDERED this 15th day of December, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE